WILLIAM M. AUSTIN and Another, Copartners, etc., Respondents, v.

Charles Klein and Another, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.